IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02167-PAB-KLM

2-BT, LLC, doing business as Premier Heating and Air,

      Plaintiff,

v.

PREFERRED CONTRACTORS INSURANCE COMPANY RISK RETENTION GROUP,
LLC, doing business as National Service Contractors Association/ Preferred Contractors
Association and Servicecontractors.org,

      Defendant.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Defendant's **Unopposed Motion for Protective Order** [Docket No. 26; Filed March 7, 2013] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion [#26] is **GRANTED**.  Accordingly,

      IT IS FURTHER **ORDERED** that the Protective Order [#26-2] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

      Dated:  March 11, 2013